UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLO DE LOS SANTOS RUIZ,<br>    aka "Julio"<br>JARLIN SOTO JIMENEZ,<br>JOSE COLON TORRES, and<br>ROBERT ALEXIS PENA LARA,<br><br>            Defendants. | No. 25-cr-42-LM-AJ-01/04<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi),<br>841(b)(1)(C) & 846<br>Conspiracy to Distribute<br>Controlled Substances |

## **INDICTMENT**

The Grand Jury charges:

### **Count One**

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C) & 846 –
Conspiracy to Distribute a Controlled Substance]

Beginning on a date no later than July 10, 2024, and continuing to on or about May 7, 2025, in the District of New Hampshire and elsewhere, the defendants,

CARLO DE LOS SANTOS RUIZ, aka Julio,
JARLIN SOTO JIMENEZ,
JOSE COLON TORRES, and
ROBERT ALEXIS PENA LARA

knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute controlled substances, specifically, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, and cocaine, its salts, optical and geometric isomers, and salts of isomers, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

The conduct of CARLO DE LOS SANTOS RUIZ as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The conduct of JARLIN SOTO JIMENEZ as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated: May 7, 2025                                    A TRUE BILL

                                                                        /s/ Foreperson
                                                                         Foreperson of the Grand Jury

JOHN J. MCCORMACK
Acting United States Attorney
District of New Hampshire


By: /s/ Aaron G. Gingrande
     Aaron G. Gingrande
     Assistant United States Attorney